## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **2:25-cv-07798-SRM (DTB)**                    Date: **January 26, 2026**

Title:  **H. Mark Caldwell, Jr. v. LAPD No. East Div., et al.**
=================================================================

**DOCKET ENTRY**
=================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice                                    n/a
Deputy Clerk                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                  None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING LACK OF PROSECUTION**

On August 20, 2025, plaintiff H. Mark Caldwell ("Plaintiff") filed this pro se civil rights action ("Complaint").  (Docket No. 1).  As Plaintiff is proceeding in forma pauperis, the Court screened the Complaint pursuant to 28 U.S.C. § 1915A(b).  On December 5, 2025, the Court issued an Order Regarding Complaint ("Order") finding that the Complaint was subject to dismissal.  (Docket No. 15).  Plaintiff was provided with several options regarding how to proceed and was ordered to do so within thirty (30) days of the Order.

Plaintiff was cautioned that failure to timely file a fully compliant response as directed in the Order may result in the dismissal of this action for failure to prosecute, and/or failure to comply with a Court order.  As of this date, Plaintiff has failed to timely file a response to the Order within the allotted time.

Accordingly, Plaintiff is ordered to show cause, in writing, no later than **February 17, 2026**, why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the filing of an amended complaint or as stated in the Order, if Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO ORDERED**.

MINUTES FORM 11                                    Initials of Deputy Clerk  RAM
CIVIL-GEN