JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| H. MARK CALDWELL, Plaintiff, v. LAPD, NO EAST DIV., et al., Defendants. | Case No. 2:25-cv-07798-SRM (DTB) **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: 07/13/26

SERENA R. MURILLO
United States District Judge